UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DUJUAN LANARD QUINN,

        Plaintiff,                       Case No. 1:20-cv-774

v.                                         Honorable Paul L. Maloney

GRETCHEN WHITMER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   September 9, 2020                 /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge